IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

KATRINA THOMAS                                                      PLAINTIFF

VS.                                    CIVIL ACTION NO. 3:22-cv-00528-KHJ-MTP

WAL-MART STORES EAST, LP;
AND JOHN DOES 1-10                                                 DEFENDANTS

## AGREED JUDGMENT OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** having come on for consideration on the *ore tenus* motion of Plaintiff, Katrina

Thomas, through her attorney, for entry of a Judgment of Dismissal to dismiss this cause with

prejudice on the basis that all claims have been fully resolved and compromised, and the Court,

understanding that the attorney for Defendant, Wal-Mart Stores East, LP, joins this motion, finds that

the relief requested is well founded and should be **GRANTED**.

**IT IS, THEREFORE, ORDERED AND ADJUDGED**, that the herein-styled and

numbered cause be, and the same hereby is, dismissed with prejudice.

**SO ORDERED**, this the __14th__ day of __August__, 2023.

*Kristi H. Johnson*
**UNITED STATES DISTRICT JUDGE**

**APPROVED AND AGREED TO BY**:


*/s/ Rajita Iyer Moss*
Thomas M. Louis  (MSB #8484)
Rajita Iyer Moss (MSB #10518)
Wells Marble & Hurst, PLLC
P. O. Box 131
Jackson, MS 39205-0131
***Attorney for Defendants***

*/s/ Harry M. McCumber*
Harry M. McCumber (MSB #10632)
Morgan & Morgan, PLLC
4450 Old Canton Road, Suite 200
Jackson, Mississippi 39211
***Attorney for Plaintiff***